March 19, 1982.

443 A.2d 388

Arthur Moser Associates v. Jacobson et ux., Appellants.

Argued October 14, 1981. John M. Silvestri, submitted a brief on behalf of appellants; S. Asher Winicoff, for appellee.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

The order is affirmed.